## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>~~Faustino Arguello~~<br>Diana Chavez Perez,<br>DEFENDANT(S). | CASE NUMBER<br><br>2:26-MJ-2341-DUTY-1<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of _the Court_____ , IT IS ORDERED that a detention hearing is set for _April 23_____ , _2026_____ , at _10:00_____ ☒a.m. / ☐p.m. before the Honorable _Rozella A. Oliver_____ , in Courtroom _690_____ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _4/22/26_____

_____
U.S. ~~District Judge~~/Magistrate Judge
Judge Oliver